MDR

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Abdulaziz Said Abdella,

Petitioner,

v.

Luis Rosa, Jr., et al.,

Respondents.

No. CV-25-004798-PHX-DJH (JFM)

**ORDER**

On December 19, 2025, self-represented Petitioner Abdulaziz Said Abdella filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 challenging his immigration detention, an Application to Proceed In Forma Pauperis, and a Motion for Appointment of Counsel. In a January 5, 2026 Order, the Court granted the Application to Proceed, denied without prejudice the Motion for Appointment of Counsel, and directed Respondents to respond to the Petition. On January 28, 2026, Respondents filed a Response.

On March 18, 2026, Petitioner filed a petition in *Abdella v. Rosa*, CV-26-01839-PHX-DJH (JFM). In an April 1, 2026 Order, the Court construed the document as a motion to amend the Petition in this action and directed the Clerk of Court to file the document as a motion to amend in this action. The Clerk of Court did so. (Doc. 17).

On April 5, 2026, Assistant Federal Public Defender Keith J. Hilzendeger filed a Motion for Appointment of Counsel (Doc. 19). The Court, in its discretion, will grant the Motion for Appointment of Counsel, appoint Mr. Hilzendeger to represent Petitioner in

this matter, give counsel 30 days to file an amended § 2241 petition, and deny as moot the Motion to Amend.

**IT IS ORDERED:**

(1)    The Motion for Appointment of Counsel (Doc. 19) is **granted**.

(2)    Assistant Federal Public Defendant Keith J. Hilzendeger is appointed to represent Petitioner in this action.  The Clerk of Court must enter the appearance of Assistant Federal Public Defender Hilzendeger on behalf of Petitioner in this action.

(3)    The Motion to Amend (Doc. 17) is **denied as moot**.

(4)    Within **30 days** of the date this Order is filed, counsel must file an amended § 2241 motion.

(5)    The Clerk of Court must send a copy of this Order to Assistant Federal Public Defender Keith J. Hilzendeger **and** must provide an electronic copy of this Order to Assistant Federal Public Defender Hilzendeger at keith_hilzendeger@fd.org.

Dated this 7th day of April, 2026.

Honorable Diane J. Humetewa
United States District Judge