**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Abdulaziz Said Abdella,<br>Petitioner<br>-vs-<br>Luis Rosa, Jr., et al.,<br>Respondents. | CV-25-4798-PHX-DJH (JFM)<br><br>**Order** |

Petitioner has filed through recently appointed counsel an Amended Petition (Doc. 23). (*See* Order 4/7/26, Doc. 21 (appointing counsel and granting leave to amend).)

The Amended Petition omits Respondents Bourne, Lyons, and Unknown Party (named as U.S. Attorney for the District of Arizona).  Pursuant to Fed. R. Civ. Proc. 25(d)

- Secretary of the Department of Homeland Security Markwayne Mullins is automatically substituted for Respondent Noem,

- Acting United States Attorney General Todd Blanche is automatically substituted for Respondent Bondi,[1] and

- Todd M. Lyons, Senior Official Performing Duties of the Director of U.S. Immigration and Customs Enforcement is automatically substituted for Respondent Cantu.

---

[1] The premise of Rule 25(d) is a party named in their official capacity has "cease[d] to hold office." But the solution is not focused on the particular office or officer, but the successor to the duties and functions of the named party. "If the relevant duties and functions of the officer in question are being transferred to another office, however, Rule 25 will apply, and the official to whom the duties are being transferred can be substituted for the original party." *Effect of lack of direct successor for public official on substitution*, Fed. Proc., L. Ed. § 59:443 (Aug. 2025). "The rule applies not only when A is substituted for B in a particular office but also when a particular function is transferred from one office to another office." *Public Officers—Substitution Under Present Rule, C*, Fed. Prac. & Proc. Civ. § 1960 (3d ed., May 20, 2025 update). *Cf. United States v. Koike*, 164 F.2d 155 (9th Cir. 1947) (when federal official's duties were transferred to new agency, official of new agency was substituted).

- 1 -

Respondent Warden Rosa remains.

The Court will set a briefing schedule.

**IT IS THEREFORE ORDERED:**

(A)  Respondents Mullins, Blanche, Lyons, and Rosa have through **May 26, 2026** to respond to the Amended Petition (Doc. 23).

(B)  Petitioner has through **June 8, 2026** to reply in support of the Amended Petition (Doc. 23).

Dated: May 11, 2026

25-4798o Order 26 05 07 re Brf Sched.docx

_____
James F. Metcalf
United States Magistrate Judge

- 2 -